UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

---------------------------------------------------------------- X
GARDEN CITY BOXING CLUB, INC., as Broadcast
Licensee of the September 18, 2004 De La Hoya/Hopkins
Program,

                    Plaintiff,

-against-

JUAN BELLO, Individually and d/b/a PLAYA DORADO
RESTAURANT, and PLAYA DORADO RESTAURANT,

                    Defendants.
---------------------------------------------------------------- X

05 CV 1300 (ARR)(JMA)

NOT FOR PUBLICATION

AMENDED OPINION AND ORDER

ROSS, United States District Judge:

This opinion amends the order and opinion dated October 7, 2005. The court has received the Report and Recommendation on the instant case dated September 20, 2005 from the Honorable Joan M. Azrack, United States Magistrate Judge. No objections have been filed. Having conducted a de novo review of the record, the court hereby adopts the Report and Recommendation, in its entirety, as the opinion of the court pursuant to 28 U.S.C. § 636(b)(1). Accordingly, the court awards the plaintiff $2,198 in statutory damages, $10,000 for defendants' willful violation of 47 U.S.C. §§ 553(a)(1) and 605(a), and attorneys' fees and costs of $1,355 for a total damages award of $13,553.[1]

SO ORDERED.

                                          /s/
                                         Allyne R. Ross
                                         United States District Judge

Dated: October 14, 2005
       Brooklyn, New York

---

[1] The Report and Recommendation contains an inadvertent arithmetical error: It states that the total damages award is $14,453, rather than the correct sum of $13,553.

1

SERVICE LIST:

*Counsel for Plaintiff:*
Julie Cohen Lonstein, Esq.
Lonstein Law Office, P.C.
1 Terrace Hill, Box 351
Ellenville, NY 12428

*Defendants*:
Juan Bello
833 51st Street
Brooklyn, NY 11220

Playa Dorado Restaurant
118-06 Rockaway Blvd.
South Ozone Park, NY 11420


cc: Magistrate Joan M. Azrack