UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
GARDEN CITY BOXING CLUB, INC., as Broadcast
Licensee of the September 18, 2004 De La Hoya/Hopkins
Program,

JUDGMENT
05-CV-1300 (ARR)

Plaintiff,

-against-

JUAN BELLO, Individually and d/b/a PLAYA DORADO
RESTAURANT, and PLAYA DORADO RESTAURANT,

Defendants.
----------------------------------------------------------------X

An Amended Order of Honorable Allyne R. Ross, United States District Judge, having been filed on October 19, 2005, adopting the Report and Recommendation of Magistrate Judge Joan M. Azrack, after a *de novo* review of the record; and directing the Clerk of Court to enter judgment awarding plaintiff $2,198.00 in statutory damages, $10,000.00 for defendants' willful violation of 47 U.S.C. §§ 553(a)(1) and 605(a), and attorneys' fees and costs of $1,355.00, for a total damages award of $13,353.00; it is

ORDERED and ADJUDGED that the Report and Recommendation of Magistrate Judge Joan M. Azrack is adopted in its entirety; and that judgment is hereby entered in favor of plaintiff, Garden City Boxing Club, Inc., as Broadcast Licensee of the September 18, 2004 De La Hoya/Hopkins Program, and against defendants, Juan Bello, Individually and d/b/a Playa Dorado Restaurant, and Playa Dorado Restaurant, awarding $2,198.00 in statutory damages, $10,000.00 for defendants' willful violation of 47 U.S.C. §§ 553(a)(1) and 605(a), and attorneys' fees and costs of $1,355.00, for a total damages award of $13,553.00.

Dated: Brooklyn, New York
October 19, 2005

ROBERT C. HEINEMANN
Clerk of Court